(October 21, 2014)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIMAS RAMIREZ, Appellant. [993 NYS2d 893]—Order, Supreme Court, Bronx County (Martin Marcus, J.), entered on or about March 30, 2012, which denied defendant's CPL 440.10 motion to vacate a judgment of conviction rendered March 20, 1997, unanimously affirmed.

Defendant's claim under *Padilla v Kentucky* (559 US 356 [2010]) is unavailing, because that decision has no retroactive application to defendant's case (*People v Baret*, 23 NY3d 777 [2014]). Concur—Gonzalez, P.J., Friedman, Sweeny, Moskowitz and Clark, JJ.